JS-6

John A. Hribar, Esq., SBN 229692
FERGUSON CASE ORR PATERSON LLP
1050 South Kimball Road
Ventura, California 93004
Attorney for plaintiff Gregory E. Gray
(805) 659-6800
*jhribar@fcoplaw.com*


Anita Susan Brenner, Esq., SBN 58741
Law Offices of Torres & Brenner
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Attorney for defendant Lorraine Gray
(626) 792-3175
*info@torresbrenner.com*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY E. GRAY, | ) Case No. 11-CV-00691 DMG (SSx) |
| Plaintiff, | ) ORDER RE: DISMISSAL [37] |
| vs. | ) |
| LORRAINE K. GRAY, and DOES 1-5, | ) |
| Defendants. | ) |

In accordance with the parties' stipulation [Doc. # 37], the above-captioned case is dismissed with prejudice. All parties shall bear their own attorney's fees and costs. The court expressly retains jurisdiction to enforce the terms of the Mutual Release and Settlement Agreement entered into effective as of June 7, 2012 between plaintiff Gregory E. Gray and Defendant Lorraine K. Gray.

**IT IS SO ORDERED.**

Dated: July 3, 2012

_____
DOLLY M. GEE
United States District Judge